## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**FELICIA MYERS**                                                                          **PLAINTIFF**

**V.**                                          **CASE NO. 5:26-CV-5042**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                        **DEFENDANT**

### JUDGMENT

      **IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

      **IT IS SO ORDERED AND ADJUDGED** on this 24th day of July, 2026.


                                        _/s/ Timothy L. Brooks_
                                        TIMOTHY L. BROOKS
                                        CHIEF UNITED STATES DISTRICT JUDGE