**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**FELICIA MYERS** **PLAINTIFF**

**V.** **CASE NO. 5:26-CV-5042**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

# ORDER

Currently before the Court is the Report and Recommendation (Doc. 19) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, dated September 18, 2026, regarding the Motion for Attorney's Fees (Doc. 17) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 17) is **GRANTED**, and the Plaintiff is awarded attorney/paralegal fees in the amount of $9,000.00 plus costs in the amount of $405.00, for a grand total of **$9,405.00**.

**IT IS SO ORDERED** on this 5th day of October, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE